UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>   Plaintiff,<br><br>v.<br><br>YANG HUA XI; and Does 1-10,<br><br>   Defendants. | Case: 2:16-CV-01325-PA-GJS<br><br>**ORDER** |

**ORDER**

The entire case is hereby ordered dismissed without prejudice.

Dated: August 4, 2016      _/s/ Percy Anderson_

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE